# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2850
_____

JUSTIN JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

November 24, 2025

PER CURIAM.

DENIED.

ROBERTS, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric J. Sorice and William R. Ponall from Ponall Law, Maitland, for Petitioner.

No appearance for Respondent.